**RAKE PETTI, P.C.**
2701 E. CAMELBACK ROAD
SUITE 160
PHOENIX, ARIZONA 85016
TELEPHONE (602) 773-2622
FACSIMILE (602) 265-2628
Email: fpetti@aztriallaw.com
_____

Frederick R. Petti #011668

Attorneys for Defendant
Jake Whitman

UNITED STATES DISTRICT COURT

DISTRICT OF ARIZONA

| United States of America, | No. CR08-0255-PHX-GMS |
|---|---|
| Plaintiff, | |
| vs. | **DEFENDANT WHITMAN'S SUPPLEMENTAL SENTENCING MEMORANDUM** |
| Jeffrey Crandell; Jake Whitman; Kurt Douglas Holm; Erin Leastman; Fred Crum; and Tyson Young, | |
| Defendants. | |

Undersigned counsel hereby submits three additional letters of support received on behalf of Defendant Jake Whitman.  Exhibit 1 is from Mr. Whitman's current employer, Joe Strom, in which he indicates that he is willing to continue to employ Mr. Whitman; Exhibit 2 is from retired FBI Agent Lynn Bedford, in which he recommends leniency for Mr. Whitman; and Exhibit 3 is from Chris Jensen, setting forth his relationship with Mr. Whitman.

DATED this 22nd day of March, 2010.

         RAKE PETTI, P.C.


         By /s/ Frederick R. Petti
           Frederick R. Petti
         Attorneys for Defendant
         Jake Whitman

RAKE PETTI, P.C.
2701 E. Camelback Road, Suite 160
PHOENIX, ARIZONA 85016
Telephone (602) 264-9081

**CERTIFICATE OF SERVICE**

I hereby certify that on March 22, 2010, I electronically transmitted the attached document entitled Defendant Whitman's Supplemental Sentencing Memorandum to the Clerk's Office using the CM/ECF System for filing and transmittal of Notice of Electronic Filing to the following CM/ECF registrants:

| | |
|---|---|
| Greg Clark | gclarkatty@aol.com |
| Brian Strong | strong@azlegal.com |
| Mark John Berardoni | berardonilaw@yahoo.com |
| Tyrone Mitchell | tmitchell@tyronemitchellpc.com |
| Kevin M. Rapp | Kevin.Rapp@usdoj.gov |
| Dominic William Lanza | dominic.lanza@usdoj.gov |
| Raymond K. Woo | Raymond.woo.usdoj.gov |
| Michael Shay Ryan | ryan@azcriminaldefenders.com |

/s/ Sherry Samford